**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6182**

ELEAZAR TOTTEN,

Plaintiff - Appellant,

v.

P. JOHNSON, Nurse; NURSE BARHAM; NURSE HENTON; N. KOLONGO,
Doctor,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:08-cv-01299-CMH-TRJ)

Submitted:  July 17, 2009              Decided:  August 14, 2009

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eleazar Totten, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eleazar Totten appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006), for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Totten v. Johnson, 1:08-cv-01299-CMH-TRJ (E.D. Va. Jan. 16, 2009). We deny Totten's motion for documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2